UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLINA BARRIENTOS VASQUEZ,

Petitioner,

v.

WARDEN,

Respondent.

No. 1:26-cv-03190-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF *HABEAS CORPUS*, AND DENYING MOTION FOR RELEASE

(Doc. Nos. 7, 20)

Petitioner Carolina Barrientos Vasquez is a federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be denied. (Doc. No. 20.) Specifically, the magistrate judge found that petitioner's removal order became final on April 28, 2026, and the 90-day period of mandatory detention, which passes constitutional scrutiny, has not yet lapsed. (*Id.* at 3.) Further, the magistrate judge noted that the presumptively reasonable six-month period of detention does not expire until October 28, 2026. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any

/////

objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 2, 2026 (Doc. No. 20) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DENIED without prejudice;
3. Petitioner's motion for release (Doc. No. 7) is DENIED; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE